USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FLATIRON ACQUISITION VEHICLE, LLC :
and CS PARADISO HOLDINGS, LLC, :
:
Plaintiffs, :
:
-v- : 1:17-cv-8987-GHW
:
CSE MORTGAGE LLC, CAPITALSOURCE : ORDER
COMMERCIAL LOAN, 2006-2, :
CAPITALSOURCE FINANCE LLC, and :
CAPITALSOURCE INC. :
:
Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 20, 2020, the Court issued a memorandum opinion and order in this case. Dkt No. 116. That opinion relied on portions of the deposition of Oliver Adams that are not included in the excerpt of the deposition that is published on the docket as Exhibit T to Plaintiffs' Third Amended Complaint. Dkt No. 83-13. Plaintiffs are directed to publish the entire transcript of the Adams deposition on the docket of this case.

SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge