UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FLATIRON ACQUISITION VEHICLE, LLC,  :
et al.,
                                                                            :
              Plaintiffs,                             ORDER
                                                                            :
      -v.-
                                                                                 17 Civ. 8987 (GHW) (GWG)
CSE MORTGAGE LLC et al.,                 :

              Defendants.                             :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The settlement conference scheduled Wednesday May 20, 2020, at 10:00 a.m. is changed to a <u>telephone</u> conference.  The Court will provide the information to dial-in to the Court's conference line via email within the next 5 days.  <u>Upon receipt of the email with the dial-in information, each counsel is directed to confirm with all other counsel that they have received the dial-in information.</u>

       SO ORDERED.

Dated:  April 21, 2020
            New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge