# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FLATIRON ACQUISITION VEHICLE, LLC,
CS PARADISO HOLDINGS, LLC,

                  Plaintiffs,                17 **CIVIL** 8987 (GHW)

         -against-                   **JUDGMENT**

CSE MORTGAGE LLC, CAPITALSOURCE
COMMERCIAL LOAN, 2006-2,
CAPITALSOURCE FINANCE LLC, and
CAPITALSOURCE INC.,

                  Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 9, 2022, judgment is entered: (1) in favor of Defendants CI and CF jointly in the aggregate amount of $334,041.49, and (2) in favor of Defendant CSE in the amount of $326,137.64, plus prejudgment interest at a rate of 9% per annum from March 17, 2019 through the date of judgment in the amount of $85,242.55 for a sum of $411,380.19. Post-judgment interest shall accrue at the rate prescribed pursuant to 28 U.S.C. § 1961. *See Cappiello v. ICD Publications, Inc.*, 720 F.3d 109, 111 (2d Cir. 2013); accordingly, this case is closed.

Dated:  New York, New York
          February 9, 2022

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                             BY:
                                                  **Deputy Clerk**