UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLATIRON ACQUISITION VECHICLE, LLC,
CS PARADISO HOLDINGS, LLC,

                      Plaintiff,

-against-                               17 **CIVIL** 8987 (GHW)

**AMENDED JUDGMENT**

CSE MORTGAGE LLC, CAPITALSOURCE
COMMERCIAL LOAN, 2006-2,
CAPITALSOURCE FINANCIAL LLC, and
CAPITALSOURCE INC.,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2022, Plaintiffs' motion is granted for the reasons stated in it. In addition, the Court is correcting a typographical error that resulted in the exclusion of the Court's award of $936.40 in costs from the judgment. See Dkt. No. 205 at 27. Accordingly, an amended judgment is entered in this case as follows: (1) in favor of Defendants CI and CF jointly against Plaintiff CS Paradiso Holdings, LLC ("Paradiso") in the aggregate amount of $334,041.49, and (2) in favor of Defendant CSE against Plaintiff Flatiron Acquisition Vehicle, LLC ("Flatiron") in the amount of $327,074.04, plus prejudgment interest at a rate of 9% per annum from March 17, 2019 through February 9, 2022. For the avoidance of doubt, Flatiron and Paradiso are not jointly and severally liable for the judgments entered against each of them. Post-judgment interest shall accrue at the rate prescribed pursuant to 28 U.S.C. § 1961.

**Dated:** New York, New York

       April 21, 2022

                                                             RUBY J. KRAJICK

                                                             Clerk of Court

                                      BY:                         
                                                             Deputy Clerk